**No. 41926.**—Protest 967448–G of Eugene B. Baehr & Sons (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of harmonicas the same as those the subject of Abstract 40586. The claim at 40 percent under paragraph 1541 was therefore sustained.

BEFORE THE SECOND DIVISION, AUGUST 11, 1939

**No. 41927.**—Protest 403713–G of A. B. Alberts Co. (New York).

Opinion by TILSON, J. The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 41928.**—Protest 435774–G of American Express Co. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of laces similar to those involved in *Amrein* v. *United States* (T. D. 49551). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41929.**—Protest 432544–G of Salem Shawiry (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of laces similar to those involved in *Amrein* v. *United States* (T. D. 49551). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41930.**—Protest 361284–G of Broadway Art Co. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of laces similar to those involved in *Amrein* v. *United States* (T. D. 49551). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41931.**—Protest 357470–G of S. Shawiry (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the embroidered-net ornaments in question were held dutiable at 75 percent under paragraph 1430. *United States* v. *Ramig* (17 C. C. P. A. 365, T. D. 43809) followed.